UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ANTHONY GREGORY JENNINGS, | ) | Case No.: 1:16-cv-0814- JLT |
|---|---|---|
| Plaintiff, | ) ) ) | ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME |
| v. | ) ) | (Doc. 12) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) | |

On January 10, 2017, the parties filed a stipulation for an extension of time for Plaintiff to prepare and serve his confidential letter brief. (Doc. 12) Notably, the Scheduling Order permits a single extension by the stipulation of parties (Doc. 4 at 4), and this is the first extension requested by either party. Accordingly, the Court **ORDERS**:

1. Plaintiff's request for an extension of time is **GRANTED**; and
2. Plaintiff **SHALL** serve his confidential letter brief on or before **February 14, 2017**.

IT IS SO ORDERED.

Dated:   **January 12, 2017**            /s/ Jennifer L. Thurston
                                          UNITED STATES MAGISTRATE JUDGE