# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GREGORY JENNINGS,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL[1],<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:16-cv-0814 - JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED APRIL 24, 2017<br><br>(Doc. 16) |

On April 24, 2017, the Court ordered Plaintiff to show cause why sanctions should not be imposed for failure to file an opening brief, in the alternative, to file a brief within fourteen days of the date of service. (Doc. 16) On May 8, 2017, Plaintiff filed his opening brief. (Doc. 17)

Based upon the filing of the opening brief within the timeframe ordered by the Court, the Order to Show cause dated April 24, 2017 (Doc. 16) is **DISCHARGED**.

IT IS SO ORDERED.

    Dated: __**May 10, 2017**__                __**/s/ Jennifer L. Thurston**__
                                                               UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Nancy A. Berryhill for her predecessor, Carolyn W. Colvin, as the defendant.