# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GREGORY JENNINGS, ) | Case No.: 1:16-cv-0814 - JLT |
| ) | |
| Plaintiff, ) | ORDER AWARDING ATTORNEY'S FEES |
| ) | PURSUANT TO THE EQUAL ACCESS TO |
| v. ) | JUSTICE ACT |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

On June 14, 2018, Anthony Gregory Jennings and Nancy A. Berryhill, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 23)

Accordingly, subject to the terms of the parties' stipulation, the Court **ORDERS**: fees in the amount of $4,694.24 are **AWARDED** to Plaintiff, Anthony Gregory Jennings.

IT IS SO ORDERED.

Dated: **June 18, 2018**              **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE

1